IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:22cr58-LG-BWR-1

PATRICK DARNELL DANIELS, JR.

## NOTICE OF APPEAL

Notice is hereby given that Patrick Darnell Daniels, Jr., does hereby appeal to the United States Court of Appeals for the Fifth Circuit the Court's Judgment in a Criminal Case and Sentencing Order dated the 20th day of October 2022.

Respectfully submitted this the 3rd day of November 2022.

              PATRICK DARNELL DANIELS, JR.,
              Defendant

    By: */s/John W. Weber*
       John W. Weber III, MB #101020
       Assistant Federal Public Defender
       Southern District of Mississippi
       2510 14th Street, Suite 902
       Gulfport, MS   39501
       Phone: (228) 865-1202
       Fax:    (228) 867-1907
       Email: john_weber@fd.org
       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John W. Weber III, do herby certify that I have this day filed a Notice of Appeal with the Clerk of the Court which sent notification using the ECF system to all parties of record.

**SO CERTIFIED**, this the 3rd day of November 2022.

*/s/John W. Weber*
Assistant Federal Public Defender
