# TRANSCRIPT ORDER FORM (DKT-13) — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Southern District of Mississippi  
District Court Docket No.: 1:22cr58-LG-BWR-1  
Short Case Title: United States v. Patrick Darnell Daniels, Jr.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Teri Norton

Date Notice of Appeal Filed in the District Court: 11/3/2022  
Court of Appeals No.: 22-60596

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____  
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____  
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____  
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 7/6/2022 | Motion Hearing and Pretrial Conference | Hon. Louis Guirola |
| 10/18/2022 | Sentencing Hearing | Hon. Louis Guirola |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL**.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds; ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);  
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds  
■ Other: Office of the Federal Public Defender

Signature: s/John W. Weber  
Date Transcript Ordered: 11/7/2022  
Print Name: John W. Weber  
Phone: 228-865-1202  
Counsel for: Appellant Patrick Darnell Daniels, Jr.  
Address: 2510 14th Street, Suite 902, Gulfport, MS 39501  
Email of Attorney: john_weber@fd.org

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 11-7-22 | 11-7-22 | 12-7-22 | 28 |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher  
☐ Other (Specify) _____

Date: 12-7-22 Signature of Reporter: Teri Norton Tel. 228-563-1780  
Email of Reporter:

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____  
Date _____ Signature of Reporter _____