# FEDERAL PUBLIC DEFENDER
## NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI

OMODARE B. JUPITER
Federal Public Defender

First Assistant
ABBY BRUMLEY EDWARDS
Senior Litigator
MICHAEL L. SCOTT
Assistant Federal Public Defender
PRINCESS ABBY
Research & Writing Specialists
TOM C. TURNER
CARMEN G. CASTILLA
KYM G. GORE

200 SOUTH LAMAR STREET ~ SUITE 200-N
JACKSON, MISSISSIPPI 39201
(601) 948-4284 FACSIMILE (601) 948-5510

1200 JEFFERSON AVENUE ~ SUITE 100
OXFORD, MISSISSIPPI 38655
(662) 236-2889 FACSIMILE (662) 234-0428

2510 14th STREET ~ SUITE 902
GULFPORT, MISSISSIPPI 39501
(228) 865-1202 FACSIMILE (228) 867-1907

Oxford
Assistant Federal Public Defenders
GREGORY S. PARK
M. SCOTT DAVIS
MERRILL K. NORDSTROM
Research & Writing Specialist
KIGER L. SIGH

Gulfport
Assistant Federal Public Defenders
JOHN W. WEBER
ELLEN M. ALLRED
LEILANI L. TYNES

January 30, 2023

Mr. Lyle W. Cayce, Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

*Transmitted to the Court and all counsel of record via ECF filing*

Re:    *United States v. Patrick Daniels*
       Fifth Cir. Case No. 22-60596
       **Unopposed** request for extension of time to file Appellant's Brief

Dear Mr. Cayce:

Through this letter, the undersigned asks for a 4-day extension to file Appellant's Brief with this Court in the case captioned *United States v. Patrick Daniels*, Fifth Circuit Case No. 22-60596.  The Brief is currently due today, **Monday, January 30, 2023**.  The undersigned is asking for an extension until **Friday, February 3, 2023**, to file the subject Brief.

As the most experienced Research & Writing Specialist (hereinafter "R & W Specialist") in the Southern District of Mississippi Public Defender Office, the undersigned carries a significant responsibility for overseeing and reviewing appellate briefs prepared by less experienced R & W Specialists.  This morning, the undersigned received the draft brief in Mr. Daniels' case.  The brief was prepared by one of the less experienced R & W Specialists.  Upon review of the draft brief, the undersigned determined that arguments on some of the issues need to be amended, and that one additional argument needs to be asserted.

  Based on the above stated facts, the undersigned asks the Court for a 4-day extension to file Mr. Daniels' brief. Granting the extension will ensure that Mr. Daniels' right to effective legal representation will be met. Accordingly, we ask for an extension until **Friday, February 3, 2023**, to file the subject Brief. The undersigned contacted Assistant United States Attorney Gaines Cleveland this morning, and he voiced *no objection* to the extension.

        Sincerely,

        *s/ Thomas Creagher Turner*
        **Thomas Creagher Turner** (MB # 99695)
        Research & Writing Specialist