# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 29, 2023

Mr. Jonathan David Buckner
U.S. Attorney's Office
Southern District of Mississippi
1575 20th Avenue
2nd Floor
Gulfport, MS 39501

Mrs. Leilani Leith Tynes
Federal Public Defender's Office
Southern District of Mississippi
2510 14th Street
Suite 902
Gulfport, MS 39501-0000

    No. 22-60596   USA v. Daniels
                             USDC No. 1:22-CR-58-1

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED".

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Record excerpts must be white. Appellant's reply brief must be gray.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

*Kim M. Pollard*

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635

cc:
    Ms. Carmen G. Castilla
    Mr. Gaines H. Cleveland
    Ms. Kimberly Golden Gore
    Ms. Erica Rose
    Mr. Thomas Creagher Turner Jr.
    Mr. John William Weber III