# FEDERAL PUBLIC DEFENDER
## NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI

OMODARE B. JUPITER
Federal Public Defender

First Assistant
ABBY BRUMLEY EDWARDS
Senior Litigator
MICHAEL L. SCOTT
Assistant Federal Public Defender
PRINCESS ABBY
Research & Writing Specialists
TOM C. TURNER
KYM G. GORE
CARMEN G. CASTILLA

200 SOUTH LAMAR STREET ~ SUITE 200-N
JACKSON, MISSISSIPPI 39201
(601) 948-4284 FACSIMILE (601) 948-5510

1200 JEFFERSON AVENUE ~ SUITE 100
OXFORD, MISSISSIPPI 38655
(662) 236-2889 FACSIMILE (662) 234-0428

2510 14th STREET ~ SUITE 902
GULFPORT, MISSISSIPPI 39501
(228) 865-1202 FACSIMILE (228) 867-1907

Oxford
Assistant Federal Public Defenders
GREGORY S. PARK
M. SCOTT DAVIS
MERRILL K. NORDSTROM
Research & Writing Specialist
KIGER L. SIGH

Gulfport
Assistant Federal Public Defenders
ELLEN M. ALLRED
LEILANI L. TYNES
LAUREN R. HILLERY
Research & Writing Specialist
STACY L. FERRARO

May 25, 2023

Lyle W. Cayce, Clerk of the Court
600 S. Maestri Place
New Orleans, LA 70130

Re: United States v. Daniels, 22-60596

Dear Mr. Cayce:

This letter is electronically filed with the Court as a response to the Government's Rule 28(j) letter[1] filed May 23, 2023.

Both cases cited by the Government – *United States v. Costianes*, 2023 WL 3550972 (D. Md. May 18, 2023) and *United States v. Le*, 2023 WL 3016297 (S.D. Iowa April 11, 2023) -- were issued by district courts outside the Fifth Circuit. These cases have no precedential value. Further, these cases are distinguishable, both factually and in their analysis of *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S.Ct. 2111 (2022).

Respectfully submitted,

*/s/ Kimberly Golden Gore*

Kimberly Golden Gore (MS Bar # 100363)
Research and Writing Specialist

---

[1] The Government's letter states that it is a response to Mr. Daniels' Rule 28(j) letter filed May 23, 2023, but the Government's letter also includes new case law that it contends the Court should consider in this matter. Accordingly, the defense considers the Government's letter a submission under Rule 28(j).