# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 07, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60596     USA v. Daniels
                    USDC No. 1:22-CR-58-1

The court invites briefs from amici curiae who wish to supply relevant information regarding the history and tradition of restrictions on the use and possession of firearms as pertinent to the issues presented in this case. Of particular interest are historical gun regulations applicable to intoxicated or impaired individuals. Such briefs must be filed by July 6, 2023 (regardless of any time limitations set by rule).


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Whitney M. Jett, Deputy Clerk
                              504-310-7772

Mr. Jonathan David Buckner
Ms. Carmen G. Castilla
Mr. Gaines H. Cleveland
Ms. Kimberly Golden Gore
Ms. Erica Rose
Mr. Thomas Creagher Turner Jr.
Mrs. Leilani Leith Tynes
Mr. John William Weber III