

U.S. Department of Justice

*United States Attorney*
*Southern District of Mississippi*

| | |
|---|---|
| 1575 Twentieth Avenue | (228) 563-1560 |
| Gulfport, Mississippi 39501 | |

<u>VIA ELECTRONIC CASE FILING</u>     June 15, 2023

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA  70130

      Re:   *United States v. Daniels,* No. 22-60596
            <u>Argument Panel (Smith, Higginson, Willett)</u>

Dear Mr. Cayce:

      This letter responds to appellant's Rule 28(j) letter of June 7, 2023, bringing to the Court's attention the Third Circuit decision in *Range v. Att'y Gen.*, 2023 WL 3833404 (3d Cir. June 6, 2023) (en banc).  *Range* narrowly held that 18 U.S.C. § 922(g)(1) is unconstitutional as applied to an individual with a disqualifying 1995 state conviction for making a false statement to obtain food stamps.  For the reasons discussed in the thoroughly researched opinions of the dissenting judges, the Third Circuit's conclusion fails to recognize the extensive "Anglo-American history … [of] disarming … [those] unwilling to obey the law." *Id*. at *26 (Krause, dissenting).  It also departs from the prevailing view of several other circuits, including the Eighth Circuit's recent decision in *United States v. Jackson*, 2023 WL 3769242 (8th Cir. June 2, 2023).  In any event, *Range* is inapposite because it addresses a different federal firearm prohibition than the one at issue in this case.  Finally, given that the *Range* majority opinion is not binding authority, *see United States v. Diamond*, 430 F.2d 688, 692 (5th Cir. 1970), this Court may find the in-depth historical analysis provided by Judge Krause more persuasive than the limited majority opinion.

                                                                 Respectfully,

                                                                 DARREN J. LAMARCA
                                                                 *United States Attorney*

                                                                GAINES H. CLEVELAND
                                                                 *Assistant U.S. Attorney*

cc (via ECF):

  Leilani Leith Tynes                              By:  /s/ *Jonathan D. Buckner*
  Kimberly Golden Gore                           JONATHAN D. BUCKNER
  *Counsel for appellant*                               *Assistant U.S. Attorney*