

U.S. Department of Justice

United States Attorney
Southern District of Mississippi

*1575 Twentieth Avenue*  *Telephone: (228) 563-1560*
*Gulfport, Mississippi 39501*

VIA ELECTRONIC CASE FILING    June 27, 2023

Lyle W. Cayce, Clerk
United States Court of Appeals
  for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:   *United States v. Daniels,* No. 22-60596:
            Oral Argument Panel (Smith, Higginson, Willett)

Dear Mr. Cayce:

      This letter is to bring to the Court's attention the Supreme Court's recent consideration of the exercise of free speech in the context of encouraging or inducing illegal immigration. *See United States v. Hansen*, 2023 WL 4138994 (U.S. June 23, 2023). As the Court reaffirmed, the First Amendment does not protect all speech. *Id*. at *11. In *Hansen*, the Court explained that the criminal statute at issue there did not abridge "freedom of speech or press" merely because the conduct was "initiated, evidenced, or carried out by means of language, either spoken written or printed." *Id*.

      Similarly, here, the Second Amendment is not unlimited. *See* Gov't Br. 23. Accordingly, § 922(g)(3) does not abridge the Second Amendment simply because it addresses conduct that involves a firearm. Daniels's conviction required proof beyond a reasonable doubt of other active, illegal conduct in addition to his possession of a firearm.

      In evaluating Daniels's challenge, this Court also should consider the Supreme Court's admonition that, "[w]hen legislation and the Constitution brush up against each other, our task is to seek harmony, not to manufacture conflict." *Hansen*, 2023 WL 4138994, at *10. Because Daniels's unlawful drug use already was illegal, this Court need not reach the Second Amendment's historical analogue test merely because his violation of § 922(g)(3) was "carried out by means" of his possession of a firearm.

Lyle W. Cayce, Clerk
June 27, 2023
Page Two

Respectfully,

DARREN J. LAMARCA
*United States Attorney*
*Southern District of Mississippi*

GAINES H. CLEVELAND
*Assistant U.S. Attorney*

By: /s/ *Jonathan D Buckner*

cc: Kimberly Golden Gore
*Assistant Federal Defender*

JONATHAN D. BUCKNER
*Assistant U.S. Attorney*