# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 06, 2023

Mr. Chad Flores
Flores Law, P.L.L.C.
917 Franklin Street
Suite 600
Houston, TX 77002

　　No. 22-60596　USA v. Daniels
　　　　　　　　　USDC No. 1:22-CR-58-1

Dear Mr. Flores,

We received your amicus brief.  A motion is required to file, we are taking no action on this amicus brief.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Majella A. Sutton, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7680

cc:
　　Mr. Jonathan David Buckner
　　Ms. Carmen G. Castilla
　　Mr. Gaines H. Cleveland
　　Ms. Kimberly Golden Gore
　　Ms. Erica Rose
　　Mr. Thomas Creagher Turner Jr.
　　Mrs. Leilani Leith Tynes
　　Mr. John William Weber III