No. 22-60596

---

In the United States Court of Appeals for the Fifth Circuit

---

United States of America,

                                                      Plaintiff—Appellee,

v.

Patrick Darnell Daniels, Jr.,

                                                      Defendant—Appellant

---

Appeal from the United States District Court for the
Southern District of Mississippi; No. 1:22-cr-58

---

**Unopposed Motion for Leave to File
Brief of *Amicus Curiae* Scholars of Second Amendment Law
and The Independence Institute in Support of
Defendant-Appellant Urging Reversal**

---

                                                Chad Flores
                                                Flores Law PLLC
                                                917 Franklin Street, Suite 600
                                                Houston, Texas 77002
                                                (713) 893-9440

**Unopposed Motion for Leave to File Brief of *Amicus Curiae***

*Amicus Curiae* scholars of Second Amendment Law and The Independence Institute file this motion for leave to file an *amicus brief* in support of the Defendant/Appellant urging reversal. The *amicus* brief at issue is attached to this motion as exhibit A and was lodged with the Court's electronic filing system today as Document 96. *Amici* submit this brief in accordance with the Court's directive of June 7, 2023, which "invites briefs from amici curiae who wish to supply relevant information regarding the history and tradition of restrictions on the use and possession of firearms as pertinent to the issues presented in this case":

```
MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60596     USA v. Daniels
                    USDC No. 1:22-CR-58-1

The court invites briefs from amici curiae who wish to supply
relevant information regarding the history and tradition of
restrictions on the use and possession of firearms as pertinent to
the issues presented in this case.  Of particular interest are
historical gun regulations applicable to intoxicated or impaired
individuals.  Such briefs must be filed by July 6, 2023 (regardless
of any time limitations set by rule).


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                                  /s/ WMJett
                              By: _____
                              Whitney M. Jett, Deputy Clerk
                              504-310-7772
```

The proposed *amicus* brief does just that.

This motion is unopposed. Counsel for *amici* conferred with counsel for the both parties, all of whom are unopposed to the relief this motion requests.

1

## Conclusion

For these reasons, *amici* respectfully request that the Court grant leave to file the *amicus* brief that is attached to this motion as exhibit A and has already been lodged with the Court's electronic filing system as Document 96.

Respectfully submitted,

By /s/ *Chad Flores*
Chad Flores
cf@chadfloreslaw.com
State Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440

## Certificate of Conference

This motion is unopposed. Counsel for *amici* conferred with counsel for the both parties, all of whom are unopposed to the relief this motion requests.

/s/ Chad Flores
Chad Flores

## Certificate of Compliance

This filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 185 not-exempted words.

This filing complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32 and Fifth Circuit Rule 32 because it has been prepared in a proportionally spaced typeface using Microsoft Word for Mac Version 16.74 in 14-point font.

/s/ Chad Flores
Chad Flores