# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 06, 2023

Mr. Gerald Harris Goldstein  
Goldstein & Orr, P.L.L.C.  
310 S. Saint Mary's Street  
Tower Life Building  
Suite 2900  
San Antonio, TX 78205-0000

    No. 22-60596   USA v. Daniels  
                           USDC No. 1:22-CR-58-1

Dear Mr. Goldstein,

We received your Amicus Brief. A motion is required if you don't have the consent of all parties, we are taking no action on this brief.

Please note the following are corrections that are needed with the amicus brief:

    Signature is required on the conclusion.

    The originating court name was not found on the cover.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Majella A. Sutton, Deputy Clerk  
                                  504-310-7680

cc:  
    Mr. Jonathan David Buckner  
    Ms. Carmen G. Castilla  
    Mr. Gaines H. Cleveland  
    Mr. Chad Flores  
    Ms. Kimberly Golden Gore  
    Ms. Erica Rose

Mr. Thomas Creagher Turner Jr.
Mrs. Leilani Leith Tynes
Mr. John William Weber III