# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2023

Mr. Robert J. Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Suite 4
Vienna, VA 22180-5615

           No. 22-60596     USA v. Daniels
                     USDC No. 1:22-CR-58-1

Dear Mr. Olson,

We received your amicus brief.  A motion is required if you don't
have the consent of all parties, we are taking no action on this
brief.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Majella A. Sutton, Deputy Clerk
                          504-310-7680

cc:
     Mr. Jonathan David Buckner
     Ms. Carmen G. Castilla
     Mr. Gaines H. Cleveland
     Mr. Chad Flores
     Ms. Kimberly Golden Gore
     Mr. Joseph Greenlee
     Mr. Edward A Paltzik
     Ms. Erica Rose
     Mr. Thomas Creagher Turner Jr.
     Mrs. Leilani Leith Tynes
     Mr. John William Weber III