# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60596   USA v. Daniels
                     USDC No. 1:22-CR-58-1

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Majella A. Sutton, Deputy Clerk
                              504-310-7680

Mr. Jonathan David Buckner
Ms. Carmen G. Castilla
Mr. Gaines H. Cleveland
Mr. Chad Flores
Ms. Kimberly Golden Gore
Mr. Joseph Greenlee
Mr. Edward A Paltzik
Ms. Erica Rose
Mr. Thomas Creagher Turner Jr.
Mrs. Leilani Leith Tynes
Mr. John William Weber III