# United States Court of Appeals for the Fifth Circuit

---

No. 22-60596

---

United States of America,

*Plaintiff—Appellee,*

*versus*

Patrick Darnell Daniels, Jr.,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:22-CR-58-1

_____

ORDER:

    IT IS ORDERED that the unopposed motion for leave to file a brief as *amici curiae* on behalf of Scholars of Second Amendment Law and The Independence Institute is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT