# FEDERAL PUBLIC DEFENDER
## NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI

OMODARE B. JUPITER
Federal Public Defender

First Assistant
ABBY BRUMLEY EDWARDS
Senior Litigator
MICHAEL L. SCOTT
Assistant Federal Public Defender
PRINCESS ABBY
Research & Writing Specialists
TOM C. TURNER
KIMBERLY G. GORE
CARMEN G. CASTILLA

200 SOUTH LAMAR STREET ~ SUITE 200-N
JACKSON, MISSISSIPPI 39201
(601) 948-4284 FACSIMILE (601) 948-5510

1200 JEFFERSON AVENUE ~ SUITE 100
OXFORD, MISSISSIPPI 38655
(662) 236-2889 FACSIMILE (662) 234-0428

2510 14th STREET ~ SUITE 902
GULFPORT, MISSISSIPPI 39501
(228) 865-1202 FACSIMILE (228) 867-1907

Oxford
Assistant Federal Public Defenders
GREGORY S. PARK
M. SCOTT DAVIS
MERRILL K. NORDSTROM
Research & Writing Specialist
KIGER L. SIGH

Gulfport
Assistant Federal Public Defenders
ELLEN M. ALLRED
LEILANI L. TYNES
LAUREN R. HILLERY
Research & Writing Specialist
STACY L. FERRARO

July 7, 2023

Lyle W. Cayce, Clerk of the Court
600 S. Maestri Place
New Orleans, LA 70130

Re: *United States v. Daniels*, 22-60596

Dear Mr. Cayce:

This letter is electronically filed with the Court as a response to the Government's Rule 28(j) letter filed June 27, 2023.

The Government's reliance on *United States v. Hansen*, 2023 WL 4138994 (U.S. June 23, 2023) is inapposite. In *Hansen*, the Supreme Court rejected a First Amendment overbreadth challenge, holding that speech was incidental to the statute at issue (8 U.S.C. § 1324(a)(1)(A)(iv). Mr. Daniels, however, was charged with and convicted of a firearms offense. Accordingly, unlike the constitutional challenge in *Hansen*, the Second Amendment is central to 18 U.S.C. § 922(g)(3), the statute at issue in Mr. Daniel's case.

Respectfully submitted,

*/s/ Kimberly Golden Gore*
Kimberly Golden Gore (MS Bar # 100363)
Research and Writing Specialist