UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA

*Plaintiff-Appellee*

v.

PATRICK DARNELL DANIELS, JR.

*Defendant-Appellant*

C.A. No. 22-60596
No. 1:22cr58LG-BWR (S.D. Miss.)

## MOTION TO EXTEND TIME TO PETITION FOR REHEARING

Pursuant to Rules 27 and 40(a)(1) of the Federal Rules of Appellate Procedure, the United States of America, the appellee herein, hereby moves for an extension of 30 days to determine whether to file a petition for rehearing en banc. The Court filed its opinion in this case on August 9, 2023. A rehearing petition is currently due by August 23, 2023. *See* FED. R. APP. P. 35(c) & 40(a)(1).

The United States Attorney for the Southern District of Mississippi is required to report the Court's decision to the Solicitor General of the United States, who will decide whether to seek further review. After receiving this Court's opinion, the U.S. Attorney's Office has prepared and forwarded an adverse decision report to the Appellate Section of the Criminal Division of the

U.S. Department of Justice. Final consideration of the Government's position and evaluation of the decision whether to seek further review is expected to take a matter of weeks. The Government does not seek this extension for purposes of delay, but out of necessity, and in the interest of justice, to permit the United States to determine whether it will seek further review of the Court's decision.

For these reasons, the Government respectfully requests that the Court extend its time to file a rehearing petition until September 22, 2023. Counsel for appellant, on behalf of her client, opposes this motion.

Respectfully submitted,

DARREN J. LAMARCA
*United States Attorney for the*
*Southern District of Mississippi*

GAINES H. CLEVELAND
*Assistant United States Attorney*
Mississippi Bar Number 6300

By: /s/ *Jonathan D. Buckner*

JONATHAN D. BUCKNER
*Assistant United States Attorney*
Mississippi Bar Number 10416
1575 Twentieth Avenue
Gulfport, Mississippi 39501
Telephone: (228) 563-1560

Dated: August 16, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, he caused to be electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which caused the brief to be served on counsel of record.

CERTIFIED, this the 16th day of August 2023.

/s/ *Jonathan D. Buckner*
JONATHAN D. BUCKNER
*Assistant United States Attorney*

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of FED. R. APP. P. 32(a)(7)(B) because the foregoing contains 229 words, excluding the parts exempted by FED. R. APP. P. 32(a)(7)(B)(iii).

2. This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the typestyle requirements of FED. R. APP. 32(a)(6) because the motion has been prepared using Palatino Linotype 13-point font produced by Microsoft 360 software.

3. Privacy redactions required by FIFTH CIR. R. 25.2.13 have been made to this brief.

4. The electronic submission of this motion is an exact copy of the paper document as required by FIFTH CIR. R. 25.2.1.

5. This motion has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

CERTIFIED, this the 16th day of August 2023.

/s/ *Jonathan D. Buckner*
JONATHAN D. BUCKNER
*Assistant United States Attorney*
