# United States Court of Appeals for the Fifth Circuit

No. 22-60596

United States of America,

*Plaintiff—Appellee,*

versus

Patrick Darnell Daniels, Jr.,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:22-CR-58-1

ORDER:

IT IS ORDERED that appellee's opposed motion for an extension to September 22, 2023, to file any petition for rehearing/petition for rehearing en banc is GRANTED. With regard to such a motion, Fifth Circuit Rule 35.4 states that "[c]ounsel should not request extensions of time except for the most compelling reasons." The appellee should not anticipate that any further extension will be given.

_____
Jerry E. Smith
*United States Circuit Judge*