# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 10, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: United States
v. Patrick Darnell Daniels, Jr.
No. 23-376
(Your No. 22-60596)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 5, 2023 and placed on the docket October 10, 2023 as No. 23-376.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst



U.S. COURT OF APPEALS
RECEIVED
OCT 11 2023
FIFTH CIRCUIT