# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 03, 2024

Mr. Jonathan David Buckner
U.S. Attorney's Office
Southern District of Mississippi
1575 20th Avenue
2nd Floor
Gulfport, MS 39501

Mrs. Leilani Leith Tynes
Federal Public Defender's Office
Southern District of Mississippi
2510 14th Street
Suite 902
Gulfport, MS 39501-0000

　　No. 22-60596　USA v. Daniels
　　　　　　　　　USDC No. 1:22-CR-58-1

Dear Counsel:

　　Awaiting the judgment or mandate, the attorneys are directed to submit letter briefs addressing the applicability of No. 22-915, *United States v. Rahimi*.  The letter briefs may not exceed 20 pages.  The briefs are due July 29, 2024.  Each side is permitted, but not required, to submit a reply letter brief, not to exceed 8 pages, by August 5, 2024.  No extensions will be granted.  The letters should indicate whether oral argument is requested.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Whitney M. Jett, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7772

cc:
　　Ms. Carmen G. Castilla
　　Mr. Gaines H. Cleveland
　　Mr. Chad Flores

Mr. Gerald Harris Goldstein
Ms. Kimberly Golden Gore
Mr. Joseph Greenlee
Mr. Robert J. Olson
Mr. Edward A Paltzik
Ms. Erica Rose
Mr. Thomas Creagher Turner Jr.
Mr. John William Weber III