# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60596   USA v. Daniels
                  USDC No. 1:22-CR-58-1

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Majella A. Sutton, Deputy Clerk
                        504-310-7680

Mr. Jonathan David Buckner
Ms. Carmen G. Castilla
Mr. Gaines H. Cleveland
Mr. Chad Flores
Mr. Gerald Harris Goldstein
Ms. Kimberly Golden Gore
Mr. Joseph Greenlee
Mr. Robert J. Olson
Mr. Edward A Paltzik
Ms. Erica Rose
Mr. Thomas Creagher Turner Jr.
Mrs. Leilani Leith Tynes
Mr. John William Weber III