# United States Court of Appeals for the Fifth Circuit

No. 22-60596

United States Court of Appeals Fifth Circuit
**FILED**
July 30, 2024
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Patrick Darnell Daniels, Jr.,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:22-CR-58-1

_____

ORDER:

　　IT IS ORDERED that the unopposed motion for leave to file a brief as *amici curiae* on behalf of Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Heller Foundation, Tennessee Firearms Foundation, America's Future, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund, in support of defendant-appellant on remand, is GRANTED.

*/s/ Jerry E. Smith*
Jerry E. Smith
United States Circuit Judge