# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 13, 2024

Mr. Jonathan David Buckner
U.S. Attorney's Office
Southern District of Mississippi
1575 20th Avenue
2nd Floor
Gulfport, MS 39501

Ms. Kimberly Golden Gore
Federal Public Defender's Office
Southern District of Mississippi
200 S. Lamar Street
Suite 200-N
Jackson, MS 39201-0000

    No. 22-60596   USA v. Daniels
                      USDC No. 1:22-CR-58-1

Dear Counsel:

    The attorneys are directed to submit letter briefs, not to exceed five pages, addressing the applicability of No. 23-50312, *United States v. Connelly*, 2024 WL 3963874 (5th Cir. Aug. 28, 2024). The letter briefs are due at noon September 18, 2024. Each side is permitted, but not required, to submit a reply letter, not to exceed three pages, by noon September 23.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Charles B. Whitney, Deputy Clerk
                                          504-310-7679

cc:
    Ms. Carmen G. Castilla
    Mr. Gaines H. Cleveland
    Mr. Chad Flores
    Mr. Gerald Harris Goldstein

Mr. Joseph Greenlee
Ms. Victoria Elizabeth McIntyre
Mr. Robert J. Olson
Mr. Edward A Paltzik
Ms. Erica Rose
Mr. Thomas Creagher Turner Jr.
Mrs. Leilani Leith Tynes
Mr. John William Weber III