

U.S. Department of Justice

United States Attorney
Southern District of Mississippi

*1575 Twentieth Avenue*  Telephone: *(228) 563-1560*
*Gulfport, Mississippi 39501*

VIA ELECTRONIC CASE FILING    September 23, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals
   for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

     Re: *United States v. Daniels,* No. 22-60596:
          Reply to Appellant's Supplemental Letter Brief

Dear Mr. Cayce:

    The appellant in his supplemental briefing and this Court in its original vacated panel opinion only addressed the dangers posed by an illegal drug user during times of active intoxication. In *United States v. Connelly,* No. 23-50312 (5th Cir. Aug. 23, 2024)*,* this Court took the same approach.[1] However, this Court has not considered how the illegality of the drug trade, including marijuana, heightens the risk of danger posed by an unlawful user's possession of a firearm. *See* Gov't. Ltr. Br., Doc. 156, at 3-5. Moreover, an unlawful drug user, including a user of marijuana, is at a heightened risk for additional types of mental impairment beyond intoxication. *See id*.

    Thus, in evaluating Section 922(g)(3) as applied to Daniels, this Court should look not only to the historical regulations that disarmed those who were actively intoxicated or suffered a present mental impairment, but also consider surety laws, going armed laws,

---

[1] The government believes that *Connelly* was wrongly decided. In any event, the record in this case demonstrates that Daniels possessed firearms while actively intoxicated or, at a minimum, while actively using illegal drugs.

and other laws that disarmed those deemed dangerous based upon their illegal conduct or choices that were presumed to indicate they posed a danger when armed.

    Respectfully,

    TODD W. GEE
    *United States Attorney*
    *Southern District of Mississippi*

    GAINES H. CLEVELAND
    *Assistant U.S. Attorney*

By:   /s/ *Jonathan D Buckner*

    JONATHAN D. BUCKNER
    *Assistant U.S. Attorney*

cc:     Omodare Jupiter
        Leilani Tynes
        Kimberly Gore
        Victoria Elizabeth McIntyre
        *Federal Public Defender's Office*