UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA

*Plaintiff-Appellee*  C.A. No. 22-60596

v.  No. 1:22cr58LG-BWR (S.D. Miss.)

PATRICK DARNELL DANIELS, JR.

*Defendant-Appellant*

---

**UNOPPOSED MOTION TO EXTEND TIME
TO PETITION FOR REHEARING**

---

Pursuant to Rules 27 and 40(d)(1) of the Federal Rules of Appellate Procedure, the United States of America, the appellee herein, hereby moves for an extension of 30 days to determine whether to file a petition for panel rehearing or rehearing en banc. The Court filed its opinion on remand from the Supreme Court on January 6, 2025, addressing an important constitutional question concerning the application of the Second Amendment to a federal firearm statute. A rehearing petition is currently due by January 20, 2025. *See* FED. R. APP. P. 40(d)(1). Counsel for

appellee, on behalf of appellant Patrick Darnell Daniels, Jr., does not oppose this motion for an extension.

The United States Attorney for the Southern District of Mississippi is required to report the Court's decision to the Solicitor General of the United States, who will decide whether to seek further review. Upon receiving this Court's opinion, the U.S. Attorney's Office prepared and forwarded an adverse decision report to the Appellate Section of the Criminal Division of the U.S. Department of Justice.

At the department level, consideration of this Court's decision and how best to proceed is first undertaken by the Criminal Appellate Section, which reports its conclusions through the head of the Criminal Division to the Office of the Solicitor General, which then conducts its own determination after examining the opinion and evaluating whether to seek further review, with the ultimate decision resting in the hands of the Solicitor General of the United States. *See* 28 C.F.R. § 0.20(b) (authority of Solicitor General to determine whether to request rehearing en banc). *See*

*also id*. § 0.20(a) (Solicitor General authority to petition the Supreme Court for a writ of certiorari).

Final consideration of the Government's position and evaluation of the decision whether to seek further review is expected to take a matter of weeks. The need for careful deliberation is required because the Second Amendment question at issue is of significance to the application of a federal firearm statute both in this circuit and elsewhere. The statute at issue here is only one of a range of federal firearm statutes that has been litigated on Second Amendment grounds in circuits around the country and the coordination of the response to the myriad decisions is ongoing.

The Government does not seek this extension for purposes of delay, but out of necessity, and in the interest of justice, to permit the United States to carefully determine whether it will seek further review of the Court's decision as to an important constitutional question. An additional consideration affecting the timing of the Government's evaluation of this case is the impending turnover in Presidential administrations. The issuance of the Court's decision on a significant constitutional issue

requiring careful consideration shortly before the transition in administrations is among the combination of circumstances that the Government submits qualifies as a sufficiently compelling reason for granting the request. *See* FIFTH CIR. R. 40.2.4.

For these reasons, the Government respectfully requests that the Court extend its time to complete its deliberations about this matter and, if deemed appropriate, to file a rehearing petition until February 19, 2025. Leilani L. Tynes, counsel for appellant, does not oppose this motion.

                                                Respectfully submitted,

                                                TODD W. GEE
                                                *United States Attorney for the*
                                                *Southern District of Mississippi*

                                     By:   /s/ *Gaines H. Cleveland*
                                                GAINES H. CLEVELAND
                                                *Assistant United States Attorney*
                                                Mississippi Bar Number 6300

                                                JONATHAN D. BUCKNER
                                                *Assistant United States Attorney*
                                                Mississippi Bar Number 10416
                                                1575 Twentieth Avenue
                                                Gulfport, Mississippi 39501

Dated: January 9, 2025               Telephone: (228) 563-1560

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, he caused to be electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which caused the brief to be served on counsel of record.

CERTIFIED, this the 9th day of January 2025.

/s/ *Gaines H. Cleveland*
GAINES H. CLEVELAND
*Assistant United States Attorney*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of FED. R. APP. P. 32(a)(7)(B) because the foregoing contains 530 words, excluding the parts exempted by FED. R. APP. P. 32(a)(7)(B)(iii).

2. This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the typestyle requirements of FED. R. APP. 32(a)(6) because the motion has been prepared using Palatino Linotype 13-point font produced by Microsoft 360 software.

3. Privacy redactions required by FIFTH CIR. R. 25.2.13 have been made to this brief.

4. The electronic submission of this motion is an exact copy of the paper document as required by FIFTH CIR. R. 25.2.1.

5. This motion has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

CERTIFIED, this the 9th day of January 2025.

/s/ *Gaines H. Cleveland*
GAINES H. CLEVELAND
*Assistant United States Attorney*